WASATCH MINING CO., Appellant, v. JOSEPH A. JENNINGS, and Others, Respondents.

Rehearing Denied.

Petition for rehearing; ante p. 243.

Zane C. J.:

The points made in the petition for a rehearing of this appeal were urged by counsel in their argument on the hearing; and were then considered by this court. We still adhere to the conclusions expressed in the opinion filed. We also think the opinion filed is sufficiently explicit and certain without further qualification. The prayer of the petition for a rehearing is denied.

Henderson, J., concurred.    Boreman, J., dissented.